Ian McIntosh
Whitney M. Kolivas
CROWLEY FLECK PLLP
45 Discovery Dr.
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone:  (406) 556-1430
Facsimile:  (406) 556-1433

*Attorneys for First Interstate Bank*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BANCINSURE, INC., | ) CV-11-58-BLG-RKS |
| | ) |
| Plaintiff/Counterdefendant, | ) |
| | ) **NOTICE OF APPEAL** |
| vs. | ) |
| | ) |
| FIRST INTERSTATE BANK, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

First Interstate Bank, defendant and counterclaimant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting summary judgment to plaintiff and counterdefendant BancInsure, Inc. [Doc. 114] entered on September 23, 2013, and the Judgment

in a Civil Case entered in this action on September 25, 2013 [Doc. 115].  There are no related cases pending in the Court of Appeals, District Court, or any other Courts in the United States.  A Representation Statement is attached hereto.

    DATED this 21st day of October, 2013.

                          CROWLEY FLECK PLLP

                          By:   /s/ Ian McIntosh
                              Ian McIntosh
                              Whitney M. Kolivas
                              P. O. Box 10969
                              Bozeman, MT  59719-0969
                              *Attorneys for First Interstate Bank*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served upon the following counsel of record, by the means designated below, this 21st day of October, 2013.

| | |
|---|---|
| [ ]  U.S. Mail | Mark J. Johnson, Esq. |
| [ ]  FedEx | Joseph A. Nilan, Esq. |
| [ ]  Hand-Delivery | Gregerson, Rosow, Johnson & Nilan, Ltd. |
| [ ]  Facsimile | 650 Third Avenue South, Suite 1600 |
| [x]  ECF | Minneapolis, MN 55402-4337 |
| | |
| [ ]  U.S. Mail | Gerry Fagan, Esq. |
| [ ]  FedEx | Moulton Bellingham, P.C. |
| [ ]  Hand-Delivery | Suite 1900, Crowne Plaza |
| [ ]  Facsimile | 27 North 27th Street |
| [x]  ECF | P.O.Box 2559 |
| | Billings, MT 59103-2559 |

      /s/ Ian McIntosh
      Ian McIntosh
      Whitney M. Kolivas
      P. O. Box 10969
      Bozeman, MT 59719-0969
      *Attorneys for First Interstate Bank*